UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------x

United States of America,

                      Plaintiff,

    -against-

                                                                                                            Case No. 7:96-cr-516

Rhonda R. Weygant,

                      Defendant.

--------------------------------------------------x

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: 8/26/22
Poughkeepsie, New York

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge