UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

United States of America,

                        Plaintiff,

    -against-

                                                  Case No. 7:95-mj-516

Rhonda R. Weygant

                        Defendant.

------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                  SO ORDERED.

                                                                  Hon. Martin R. Goldberg
                                                                  United States Magistrate Judge

Dated: 26th day of August, 2022
         Poughkeepsie, New York